1  SEYFARTH SHAW LLP
   Timothy L. Hix (SBN 184372)
2  E-mail: thix@seyfarth.com
   Jonathan L. Brophy (SBN 245223)
3  Email: jbrophy@seyfarth.com
   2029 Century Park East, Suite 3500
4  Los Angeles, California 90067-3021
   Telephone: (310) 277-7200
5  Facsimile: (310) 201-5219

6  Attorneys for Defendant
   UNISOURCE WORLDWIDE, INC.

7

8

9              UNITED STATES DISTRICT COURT

10             CENTRAL DISTRICT OF CALIFORNIA

11 | HELEN D. DANDINI,              ) Case No. CV11-02368 SVW (JEM)
                                    )
12 |        Plaintiff,               ) [Los Angeles Superior Court
                                    ) Case No. BC452918]
13 |    v.                           )
                                    ) **NOTICE OF INTERESTED**
14 | UNISOURCE WORLDWIDE, INC.; and ) **PARTIES**
   | DOES 1 through 20, inclusive,   )
15 |                                 ) Complaint Filed: January 12, 2011
   |        Defendant.               )
16 |                                 )

17

18

19

20

21

22

23

24

25

26

27

28

---

                                          NOTICE OF INTERESTED PARTIES
                                          Case No. _____

TO THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA AND TO PLAINTIFF AND HER ATTORNEYS OF RECORD:

    Pursuant to Central District Local Rule 7.1-1, the undersigned counsel of record for UNISOURCE WORLDWIDE, INC., certifies that the following list of parties have a direct pecuniary interest in the outcome of this case. The representations are made to enable the Court to evaluate possible disqualification or recusal.

1. Helen D. Dandini, Plaintiff;
2. Unisource Worldwide, Inc., Defendant;
3. Unisource Worldwide, Inc., is wholly owned by UWW Holdings, Inc., a private corporation;
4. Georgia-Pacific Corporation (ownership interest in UWW Holdings, Inc.); and,
5. Bain Capital (ownership interest in UWW Holdings, Inc.)

DATED: March 21, 2011

SEYFARTH SHAW LLP

By _____
Timothy L. Hix
Jonathan L. Brophy
Attorneys for Defendant
UNISOURCE WORLDWIDE, INC.